Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WATKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PENWELL CORPORATION, an Oklahoma Corporation; PROQUEST, LLC, a Delaware Limited Liability Company; DOW JONES & COMPANY, INC., a Delaware Corporation; REED ELSEVIER, INC., a Massachusetts Corporation; and DOES 1-10,<br><br>Defendant. | Case No.: CV14-4227-SJO-AJW<br><br>**NOTICE OF RELATED CASES** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby files this Notice of Related Case, pursuant to Federal Rule of Civil Procedure 83 and C.D. Cal. R. 83-1.3.1.  The claims arising from the above-

- 1 -

captioned case arise from the same or a closely related transaction, happening or event as the transaction addressed in the following six additional pending cases:

1. *Eric Watkins v. Dow Jones & Company, Inc.; et. al.*, CV14-4211-RSWL-JEM
2. *Eric Watkins v. Pearson PLC; et. al.* CV14-4240-RZ
3. *Eric Watkins v. The Associated Press; et. al.*, CV14-4230-SS
4. *Eric Watkins v. Proquest, LLC; et. al.*, CV14-4236
5. *Eric Watkins v. Reed Elsevier, Inc.; et. al.*, CV14-04219-JEM
6. *Eric Watkins v. The McClatchy Company; et. al.*, CV14-4212-BRO-E

Specifically, all of the above-referenced actions (including the instant case, collectively referred to herein as the "Related Cases") involve allegations of copyright infringement against Dow Jones & Co., Proquest LLC and/or Reed Elsevier, Inc., and all of said claims related to the unauthorized republishing of Plaintiff's work in violation of his copyright.

Local Rule 83-1.3.1 outlines four factors to be considered in determining whether to deem cases related:

> If the cases appear:
> (a) To arise from the same or a closely related transaction, happening or event; or
> (b) To call for determination of the same or substantially related or similar questions of law and fact; or
> (c) For other reasons would entail substantial duplication of labor if heard by different judges; or
> (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present.

C.D. Cal. R. 83-1.3.1(a)-(d).

An examination of the operative complaints for the Related Cases reveals that the factual allegations and legal issues are extremely similar. Indeed, the Related

- 3 -

1  Cases involve allegations of infringement of the copyrights arising under the same
2  copyright registrations, and in some cases concern the same copyrighted works.
3  Proceeding with the Related Cases separately would require Plaintiff to pursue the
4  same claims and analyze common questions of fact regarding infringement and thus
5  be deemed duplicative work. Doing so would not only result in the inefficient use of
6  judicial time and resources, but also the potential for variance in judicial rulings.
7       Given the foregoing, Plaintiff respectfully requests that the Related Cases be
8  deemed related by this Court, so they may be transferred and heard before one judge.
9  A Notice of Related Cases has or will be filed in each of the Related Cases.

Respectfully submitted,

**DONIGER / BURROUGHS APC**

Dated: June 2, 2014    By:  <u>/s/ Stephen M. Doniger</u>
Stephen M. Doniger, Esq.
Annie Aboulian, Esq.
Attorneys for Plaintiff
Eric Watkins