SCOTT P. COOPER (SBN 96905)
scooper@proskauer.com
JENNIFER L. JONES (SBN 284624)
jljones@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:     (310) 557-2193

CHARLES S. SIMS (admitted *pro hac vice*)
csims@proskauer.com
11 Times Square
New York, NY  10036
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900

Attorneys for Defendant
REED ELSEVIER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ERIC WATKINS, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br><br>PENNWELL CORPORATION, an Oklahoma Corporation; PROQUEST LLC, a Delaware Limited Liability Company; DOW JONES & COMPANY, INC., a Delaware Corporation; REED ELSEVIER, INC., a Massachusetts Corporation; and Does 1-10,<br><br>                    Defendants. | CASE NO. CV-14-04227 SJO AJW<br>**STIPULATION TO ADDITIONAL EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served on Defendant ProQuest LLC: June 23, 2014<br><br>Complaint served on Defendant Dow Jones & Company, Inc.:  June 24, 2014<br><br>Complaint served on Defendant Reed Elsevier, Inc.:  June 24, 2014<br><br>Current response date for Defendants ProQuest LLC, Dow Jones & Company, Inc. and Reed Elsevier, Inc.:  July 25, 2014<br><br>Complaint served on Defendant PennWell Corporation:  June 23, 2014<br><br>Current response date for Defendant PennWell Corporation: July 28, 2014<br><br>New response date for all Defendants: August 22, 2014<br><br>Hon. S. James Otero |

# STIPULATION

Plaintiff Eric Watkins and defendants in the above-captioned case filed in the United States District Court for the Central District of California (collectively, "Defendants") by and through their respective counsel, enter into the following stipulation:

WHEREAS, Plaintiff served a summons and complaint on Defendants in the above-captioned case between June 23, 2014 and June 24, 2014 so that the time for responding to the complaint would have been between July 14, 2014 and July 15, 2014, depending on the date of service; and

WHEREAS between June 6, 2014 and June 24, 2014, Plaintiff served summonses and complaints on multiple, overlapping defendants in seven actions, including this case, filed in the Central District of California; and

WHEREAS there are multiple, overlapping defendants in the seven lawsuits, and the need to coordinate on various legal defenses and other matters has complicated the coordination necessary in those responses; and

WHEREAS, pursuant to Local Rule 8-3, the parties to the above-captioned case filed stipulations extending the time to respond to the initial complaints by less than 30 days, so as to make July 25, 2014 the response date for defendants ProQuest LLC, Reed Elsevier, Inc. and Dow Jones & Company, Inc. and so as to make July 28, 2014 the response date for defendant PennWell Corporation; and

WHEREAS, Defendants brought to Plaintiff's attention the settlement of and the final judgment entered on June 10, 2014 ("Final Judgment") in the multi-districted copyright infringement lawsuits consolidated in the Southern District of New York *sub nom. In Re Literary Works in Electronic Databases Copyright Litigation,* MDL No. 1379, which they contend bars Plaintiffs' claims; and

1    WHEREAS, the parties have engaged in settlement discussions concerning

2    the compensation and releases agreed to in that settlement agreement and enforced

3    by the Final Judgment in that proceeding so as to avoid the need for litigation; and

4    WHEREAS, the parties have commenced settlement discussions in good

5    faith, which they expect will lead both to a resolution of the above-captioned case

6    and a global resolution of the seven cases, informed and guided by the settlement

7    agreement that concluded *In re Literary Works*, but which the multiplicity of

8    parties and issues complicates and necessitates more time to reach complete

9    agreement.

10    THEREFORE, the parties stipulate to request an order further extending the

11    time for defendants to respond to the initial complaint from July 25 and 28, 2014 to

12    August 22, 2014, by which time the parties expect to have reached a signed

13    agreement terminating the above-captioned case.

14

15    Dated: July 17, 2014

16                                    Scott P. Cooper
                                      Jennifer L. Jones
17                                    PROSKAUER ROSE LLP

18
                                      By:    /s/ Jennifer L. Jones
19                                           Jennifer L. Jones

20                                    Attorneys for Defendant REED ELSEVIER,
                                      INC., a Massachusetts Corporation
21

22    Dated: July 17, 2014

23                                    Daniel S. Schecter
                                      Joshua O. Mausner
24                                    LATHAM & WATKINS LLP

25
                                      By:    /s/ Joshua O. Mausner
26                                           Joshua O. Mausner

27                                    Attorneys for Defendant PROQUEST LLC,
                                      a Delaware Limited Liability Company
28

                                      -3-

1  Dated: July 17, 2014

2                          David A. Battaglia
                           Vanessa C. Adriance
3                          GIBSON, DUNN & CRUTCHER LLP

4
                           By:   /s/ Vanessa C. Adriance
5                                    Vanessa C. Adriance

6                          Attorneys for Defendant DOW JONES &
                           COMPANY, INC., a Delaware Corporation
7

8  Dated: July 17, 2014

9                          Craig B. Bailey
                           FULWIDER PATTON LLP
10

11                         By:   /s/ Craig B. Bailey
                                     Craig B. Bailey
12
                           Attorneys for Defendant PENNWELL
13                         CORPORATION

14

15 Dated: July 17, 2014

16                         Stephen M. Doniger
                           DONIGER / BURROUGHS APC
17

18                         By:   /s/ Stephen M. Doniger
                                     Stephen M. Doniger
19
                           Attorneys for Plaintiff ERIC WATKINS
20

21

22

23

24

25

26

27

28

**Attorney Attestation**

In accordance with C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto, and that all signatories hereto have authorized its filing.

Dated: July 17, 2014

Jennifer L. Jones
PROSKAUER ROSE LLP


By:   /s/ Jennifer L. Jones
Jennifer L. Jones

Attorneys for Defendant REED ELSEVIER, INC., a Massachusetts Corporation